B03-313

9/8/01

**CIVIL ACTION**
**B-03-165**

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

To: Judge Tagly,

Honrable judge I am writting to you to let you know about my case. I feel I wasn't give the opertunity for a apeal. So if you may give me that chance to apeal my case. My attorney Hector Casas court aponit didn't tell me if I sign and agreed that ment no apeal or to be honest I didn't understand him what the apeal was about. He siad I would get more time If I apealed it didn't look like he wanted to help me. ~~Honer~~ Honrable judge please take in consideration my request. Thank you!

Judge Tagly

Please my I also have a other attorney.
From: Mariano TRUJILLO IBARRA
I.D. BR23265179 / B-129 cell

write back Please