United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JAN 0 8 2003
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIANO TRUJILLO-IBARRA, § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> Respondent. § | CIVIL CASE NO. B-03-165 <br> (CRIM. NO. B-03-313) |

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Petitioner Mariano Trujillo-Ibarra filed a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Petitioner's application for 28 U.S.C. § 2255 relief should be DENIED.

The only ground for relief claimed by Trujillo-Ibarra is unintelligible and relates somehow to him seeking a pardon. *See* Document No. 3 at p.5. After considering the motion and all other relevant documents, it plainly appears that he is not entitled to relief because the only issue he raises is not cognizable in a Section 2255 action.

### RECOMMENDATION

A thorough review of all files, records, transcripts and correspondence relating to the judgment being challenged conclusively shows that the movant is not entitled to the relief sought; therefore an order for summary dismissal would be appropriate in this case. *See* Rule 4(b), Rules Governing Section 2255 Proceedings for the United States District Courts, 28 U.S.C. foll. § 2255; *United States v. Santora*, 711 F.2d 41, 42 (5th Cir. 1983). Accordingly, this Court RECOMMENDS that Petitioner's 28 U.S.C. § 2255 Motion be summarily DISMISSED and that the relief sought be DENIED.

## NOTICE TO PARTIES

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

DONE at Brownsville, Texas, this ___8th___ day of January, 2004.

_____
Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIANO TRUJILLO-IBARRA, <br> Petitioner, | § <br> § <br> § | |
| v. | § <br> § | CIVIL CASE NO. B-03-165 <br> (CRIM. NO. B-03-313) |
| UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is hereby summarily DISMISSED and the relief sought is DENIED.

DONE at Brownsville, Texas this _____ day of _____, 2004.

_____
Hilda G. Tagle
United States District Judge