United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIANO TRUJILLO-IBARRA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-03-165 |
| | § | (CRIM. NO. B-03-313) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is hereby summarily DISMISSED and the relief sought is DENIED.

DONE at Brownsville, Texas this 2 day of March , 2004.

_____
Hilda G. Tagle
United States District Judge

3